No. 97. CUTTING v. BRYAN ET AL. October 14, 1929. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Peter F. Dunne* for petitioner. *Mr. John L. McNab* for respondents.

No. 100. JONES v. WHALEY. October 14, 1929. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Wm. C. Wolfe* for petitioner. *Messrs. A. J. Hydrick* and *Adam H. Moss* for respondent.

No. 101. McCLOSKEY v. TOLEDO PRESSED STEEL Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George E. Kirk* for petitioner. No appearance for respondent.

No. 102. McDONALD ET AL. v. LOUISIANA EX REL. DEMA REALTY Co. October 14, 1929. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. W. J. Waguespack* and *W. J. Waguespack, Jr.,* for petitioners. No appearance for respondent.

No. 103. FULLER v. UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Stanley C. Fowler* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 105. MORGAN v. UNITED STATES; and
No. 106. HUST v. SAME. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for